```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
TRUSTEES OF THE DISTRICT COUNCIL NO. 9                           :
PAINTING INDUSTRY INSURANCE FUND et al,                          :
                                                                 :
                          Petitioners,                           :       21-cv-8927 (LJL)
                                                                 :
          -v-                                                    :           ORDER
                                                                 :
ADEL FIA CONTRACTING CORP.,                                      :
                                                                 :
                          Respondent.                            :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2021

LEWIS J. LIMAN, United States District Judge:

      On November 1, 2021, Petitioners filed the instant petition seeking confirmation of an arbitration award.

      Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

      ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by November 24, 2021. Respondent's opposition, if any, is due on December 24, 2021. Petitioners' reply, if any, is due December 31, 2021.

      IT IS FURTHER ORDERED that Petitioners shall serve a copy of the Petition and this Order on Respondent.

      SO ORDERED.

Dated: November 3, 2021
       New York, New York

                                                                 LEWIS J. LIMAN
                                                   United States District Judge