**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL
NO. 9 PAINTING INDUSTRY INSURANCE
FUND et al.,

                     Petitioners,

      -against-                                               21 **CIVIL** 8927 (LJL)

                                                               **JUDGMENT**

ADEL FIA CONTRACTING CORP.,

                     Respondent.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 27, 2022, the Petition is GRANTED and the Award is CONFIRMED. Judgment is entered in favor of Petitioners and against Respondent as follows: (i) Adel Fia shall pay $301.00 in wages to "Matthew Sencion"; (ii) Adel Fia shall pay $278.88 in benefit contributions on behalf of Matthew Sencion to the "PIIAF"; and (iii) Adel Fia shall pay attorneys' fees and costs of $2,151.00 incurred in connection with the Petition as well as any costs incurred in enforcing the judgment entered by the Court; accordingly, the case is closed.

**Dated:**  New York, New York

      May 31, 2022

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                         **BY:**    *K. Mango*

                                                                 **Deputy Clerk**